No. 465, Misc.  RUSSEL *v.* OLIVER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 476, Misc.  FURTAK *v.* McMANN, WARDEN, ET AL. Sup. Ct. N. Y.  Certiorari denied.

No. 513, Misc.  FURTAK *v.* APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FOURTH JUDICIAL DEPARTMENT.  C. A. 2d Cir.  Certiorari denied.

No. 12, Misc.  WALKS ON TOP *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 13, Misc.  WASHINGTON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 20, Misc.  AMATA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States.

No. 25, Misc.  PEREZ *v.* UNITED STATES; and

No. 33, Misc.  URQUIDI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States in both cases.  Reported below: 371 F. 2d 654.

No. 38, Misc.  CODUTO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied. *Solicitor General Marshall* for the United States.

No. 29, Misc.  PILARSKI *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied. *Solicitor General Marshall,*

*Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 32, Misc. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John Powers Crowley* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 44, Misc. NEWMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Alvin D. Edelson* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 48, Misc. LOFLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall* for the United States.

No. 60, Misc. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *James M. Murphy* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 63, Misc. ADAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 71, Misc. SPENCER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 72, Misc. WOOTEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 76, Misc. HAILEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall,*